Jack R. Leer, Esq. (SBN 184982)
Ryan A. Sausedo, Esq. (SBN 264075)
Merridith M. Delinois (SBN 362757)
**CALDARELLI HEJMANOWSKI & LEER LLP**
3398 Carmel Mountain Road, Suite 250
San Diego, California 92121
Tel: (858) 720-8080
Email: jrl@chllawfirm.com; ras@chllawfirm.com;
mmd@chllawfirm.com

Attorneys for THE FIRM ADVISORS, LLC;
JARED OLSON; CORTNEY SELLS; and
MAKAYLA KALAGIAS

Levi Y. Silver (SBN 273862)
Owen M. Praskievicz (SBN 292439)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, California 92101
Tel: (619)231-0303
Email: lsilver@swsslaw.com; opraskievicz@swsslaw.com

Attorneys for DEFENDANT TODD THREW

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL COMMUNICATIONS HOLDINGS,<br><br>Plaintiff,<br><br>v.<br><br>TODD THREW; THE FIRM ADVISORS, LLC; JARED OLSON; CORTNEY SELLS; MAYKAYLA KALAGIAS; and DOES 1-10,<br><br>Defendants. | Case No. <u>3:25-CV-01102-TWR-DEB</u><br><br>**JOINT MOTION TO EXTEND DEFENDANTS THE FIRM ADVISORS, LLC; JARED OLSON; CORTNEY SELLS; MAKAYLA KALAGIAS and TODD THREW'S FILING DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hearing Date: August 6, 2026<br>Time:         1:30 p.m.<br><br>Judge:       Hon. Todd W. Robinson<br>Magistrate:  Hon. Daniel E. Butcher<br>Dept:         14A<br><br>Complaint Filed:  April 30, 2025<br>Trial Date:       TBD |

JOINT MOTION TO EXTEND DEFENDANTS' FILING DEADLINE TO RESPOND TO
PLAINTIFF'S SECOND AMENDED COMPLAINT
3:25-CV-01102-TWR-DEB

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On May 20, 2026, Plaintiff filed its Second Amended Complaint ("SAC"). Dkt. No. 44. Pursuant to Federal Rule of Civil Procedure 15(3): "Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Therefore, Defendants The Firm Advisors, LLC; Jared Olson; Cortney Sells; Makayla Kalagias and Todd Threw's (collectively, "Defendants") Answer or Motion to Dismiss Plaintiff's SAC would be due today June 12, 2026. Defendants anticipated filing a Motion to Dismiss Plaintiff's SAC.

Pursuant to Hon. Robinson's Standing Order for Civil Cases, III.A.1., "before filing any motion … the parties must meet and confer in good faith, preferably in person and not by email, to attempt to resolve the issue without involving the Court." On June 11, 2026, counsel for Defendants The Firm Advisors, LLC; Jared Olson; Cortney Sells; and Makayla Kalagias (together, the "TFA Defendants") emailed Plaintiff's counsel, Meha Raja, John Kelley, and Jessica Taran, Plaintiff's counsel, to schedule a meet and confer. Counsel for the TFA Defendants discovered that both Ms. Raja and Ms. Taran had left the firm. Counsel for the TFA Defendants were unable to get in contact with Mr. Kelley until June 12, 2026, after multiple unsuccessful attempts. When counsel for the TFA Defendants was ultimately able to speak with Mr. Kelley, Mr. Kelley requested additional time to review the pleadings and Defendants' anticipated Motion to Dismiss arguments to determine whether Plaintiff would seek leave to file a third amended complaint. As a professionally courtesy, and to honor this Court's meet and confer requirements in an effort to conserve judicial economy, counsel for Defendants have agreed to allow Plaintiff additional time to review the pleadings before filing an Answer or Motion to Dismiss Plaintiff's SAC.

Mr. Kelley is currently out of town with no access to email and is unable to file a joint extension with counsel for Defendants to extend Defendant's time to file an

JOINT MOTION TO EXTEND DEFENDANTS' FILING DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

3:25-CV-01102-TWR-DEB

Answer or Motion to Dismiss Plaintiff's SAC. In light of Plaintiff's counsel's unavailability, counsel for Defendants file this Joint Motion to Extend Defendants' Filing Deadline to Respond to Plaintiff's Second Amended Complaint. Upon Plaintiff's Counsel's return, all Parties will file a formal Joint Extension to extend Defendants' Deadline to Respond to Plaintiff's Second Amended Complaint.

Defendants recognize that this District's Local Civil Rule 12.1, Extension of Time to Answer, provides that extensions of time for answering or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good cause. Consistent with that rule, counsel for the TFA Defendants contacted Judge Robinson's Chambers and advised the clerk of the circumstances described above. For good cause shown and in light of these unique circumstances, the parties respectfully request that the Court grant an extension of Defendants' deadline to respond to the Second Amended Complaint.

Respectfully submitted,

Dated: June 12, 2026                     **CALDARELLI HEJMANOWSKI & LEER LLP**

By: _____
       Merridith M. Delinois
Attorneys for Defendants THE FIRM ADVISORS, LLC; JARED OLSON; CORTNEY SELLS; and MAKAYLA KALAGIAS

Dated: June 12, 2026                     **SOLOMON WARD SEIDENWURM & SMITH, LLP**

By: */s/ Owen M. Praskievicz*
       Owen M. Praskievicz

Attorneys for DEFENDANT TODD THREW

3