Jack R. Leer, Esq. (SBN 184982)
Ryan A. Sausedo, Esq. (SBN 264075)
Merridith M. Delinois (SBN 362757)
**CALDARELLI HEJMANOWSKI & LEER LLP**
3398 Carmel Mountain Road, Suite 250
San Diego, California 92121
Tel: (858) 720-8080
Email: jrl@chllawfirm.com; ras@chllawfirm.com;
mmd@chllawfirm.com

Attorneys for DEFENDANTS THE FIRM ADVISORS, LLC;
JARED OLSON; CORTNEY SELLS; and
MAKAYLA KALAGIAS

John A. Kelley (SBN 194073)
**NIESAR & VESTAL LLP**
90 New Montgomery Street, 9th Floor
San Francisco, California 94105
Tel: (415) 882-5300
Email: jkelley@nvlawllp.com

Attorneys for PLAINTIFF COASTAL COMMUNICATIONS HOLDINGS

Levi Y. Silver (SBN 273862)
Owen M. Praskievicz (SBN 292439)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, California 92101
Tel: (619)231-0303
Email: lsilver@swsslaw.com; opraskievicz@swsslaw.com

Attorneys for DEFENDANT TODD THREW

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL COMMUNICATIONS HOLDINGS,<br><br>           Plaintiff,<br><br>v.<br><br>TODD THREW; THE FIRM ADVISORS, LLC; JARED OLSON; CORTNEY SELLS; MAYKAYLA KALAGIAS; and DOES 1-10,<br><br>           Defendants. | Case No. 3:25-CV-01102-TWR-DEB<br><br>**JOINT MOTION TO PERMIT PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT**<br><br>Judge:      Hon. Todd W. Robinson<br>Magistrate:  Hon. Daniel E. Butcher<br>Dept:       14A<br><br>Complaint Filed:  April 30, 2025<br>Trial Date:      TBD |

1

On May 29, 2026, Plaintiff filed its Second Amended Complaint ("SAC"). Dkt. No. 44. Pursuant to Federal Rule of Civil Procedure 15(3): "Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Therefore, Defendants The Firm Advisors, LLC; Jared Olson; Cortney Sells; Makayla Kalagias and Todd Threw's (collectively, "Defendants") answer or motion to dismiss Plaintiff's SAC was due filed by June 12, 2026. Defendants anticipated filing a Motion to Dismiss Plaintiff's SAC.

Pursuant to Hon. Robinson's Standing Order for Civil Cases, III.A.1., "before filing any motion … the parties must meet and confer in good faith, preferably in person and not by email, to attempt to resolve the issue without involving the Court." On June 11, 2026, counsel for Defendants The Firm Advisors, LLC; Jared Olson; Cortney Sells; and Makayla Kalagias (together, the "TFA Defendants") emailed Plaintiff's counsel, Meha Raja, John Kelley, and Jessica Taran, Plaintiff's counsel, to schedule a meet and confer. Counsel for the TFA Defendants discovered that both Ms. Raja and Ms. Taran had left the firm. Counsel for the TFA Defendants were unable to get in contact with Mr. Kelley until June 12, 2026, after multiple unsuccessful attempts. When counsel for the TFA Defendants was ultimately able to speak with Mr. Kelley, he requested additional time to review the pleadings and Defendants' anticipated motion to dismiss arguments to determine whether Plaintiff would seek leave to file a third amended complaint. As a professionally courtesy, and to honor this Court's meet and confer requirements in an effort to conserve judicial economy, Defendants' counsel agreed to allow Plaintiff's counsel additional time to evaluate the SAC before filing motions to dismiss it.

Due to Mr. Kelley's lack of access to email and inability to execute a jointly submitted document, on Friday afternoon, June 12, Defendants' counsel filed a Joint Motion to Extend Defendants' Filing Deadline to Respond to Plaintiff's Second Amended Complaint. Dkt. No. 45. Defendants' counsel stated that, upon Mr. Kelley's

return, all Parties would submit a formal joint request that this Court extend Defendants' deadline to respond to the SAC.

On June 17, 2026, counsel for Plaintiff and Defendants met and conferred regarding Defendants' objections to the SAC. During that discussion, Mr. Kelley stated that Plaintiff would be seeking leave to file a Third Amended Complaint ("TAC"), given that the SAC inadvertently included two causes of action (Nos. 3 and 4) as to which the Court's May 18 Order (Dkt. No. 43) regarding Defendants' motions to dismiss Plaintiff's First Amended Complaint ("FAC") had not granted Plaintiff leave to amend. Thereafter, Defendants' counsel provided summaries of the points to be raised in their anticipated motions to dismiss the SAC. In light of Plaintiff's intent to further amend its complaint, counsel agreed that Plaintiff should be permitted to file its TAC on or before July 2, 2026.

Accordingly, all counsel jointly agree Plaintiff should be permitted to further amend its complaint and request that the Court permit Plaintiff to file its TAC on or before July 2, 2026.

Respectfully submitted,

Dated: June 18, 2026      **NIESAR & VESTAL LLP**

By: /s/ John A. Kelley
    John A. Kelley
Attorneys for Plaintiff COASTAL COMMUNICATIONS

Dated: June 18, 2026      **CALDARELLI HEJMANOWSKI & LEER LLP**

By: /s/ Merridith M. Delinois
    Merridith M. Delinois
Attorneys for Defendants THE FIRM ADVISORS, LLC; JARED OLSON; CORTNEY SELLS; and MAKAYLA KALAGIAS

3

Dated: June 18, 2026

**SOLOMON WARD SEIDENWURM & SMITH, LLP**

By: */s/ Owen M. Praskievicz*
    Owen M. Praskievicz

Attorneys for DEFENDANT TODD THREW

JOINT MOTION TO PERMIT PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT
3:25-CV-01102-TWR-DEB