UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL COMMUNICATIONS HOLDINGS,<br><br>Plaintiff,<br><br>v.<br><br>TODD THREW; THE FIRM ADVISORS, LLC; JARED OLSON; COURTNEY SELLS; MAYKAYLA KALAGIAS; and DOES 1-10,<br><br>Defendants. | Case No.: 3:25-CV-1102 TWR (DEB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO PERMIT FILING OF A THIRD AMENDED COMPLAINT AND (2) DENYING JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER AS MOOT**<br><br>(ECF Nos. 45, 46) |

Presently before the Court are the Parties' Joint Motion to Extend Time to Respond to the Second Amended Complaint (ECF No. 45)[1] and the Parties' Joint Motion to Permit Plaintiff to File a Third Amended Complaint (ECF No. 46.)  Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading with the opposing party's written consent.  Given that Defendants have provided their written consent for Plaintiff to amend its Complaint, (*see id.*), the Court **GRANTS** the Joint Motion to Permit Plaintiff to File a Third Amended Complaint.  As stipulated by the Parties, Plaintiff **SHALL** file a Third Amended Complaint on or before <u>July 2, 2026.</u>  Accordingly, the Court **DENIES**

---

[1]   Defendants filed ECF No. 45 without Plaintiff's counsel's signature because he was "out of town with no access to email."  (ECF No. 45 at 2.)

**AS MOOT** the Joint Motion to Extend Time to Respond to the Second Amended Complaint.

      **IT IS SO ORDERED.**

Dated:  June 20, 2026

_____
Honorable Todd W. Robinson
United States District Judge